# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

127880 & (91)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                           SC: 127880
                                           COA: 248428
                                           Oakland CC: 1999-166152-FC

SHEDRICK LEE,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court. The motion for stay and to show cause the court reporter is also considered, and it is DENIED.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

s0919

_____
Clerk